JAMES E. CLEMENT, Respondent, v. THE CONGRESS SPRING COMPANY, Appellant.

*Clement* v. *Congress Spring Co.*, 91 Hun, 636, affirmed.
(Argued January 25, 1899; decided February 28, 1899.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the third judicial department, entered December 20, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*A. W. Shepherd* for appellant.

*J. W. Houghton* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

---

AMERICAN FORCITE POWDER MANUFACTURING COMPANY, Respondent, v. JOHN BRADY, Appellant.

*Am. Forcite Powder Mfg. Co.* v. *Brady*, 4 App. Div. 95, appeal dismissed.
(Submitted January 25, 1899; decided February 28, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1896, reversing a judgment in favor of defendant entered upon a verdict, and an order denying a motion for a new trial and granting a new trial.

*Samuel G. Adams* for appellant.

*L. Laflin Kellogg* and *Alfred C. Petté* for respondent.

Appeal dismissed, with costs, on the authority of *Henavie* v. *N. Y. C. & H. R. R. R. Co.* (154 N. Y. 278).
All concur.